not waived by any stipulation on the part of the respondent. The appeals are therefore dismissed, with $10 costs on each appeal. Schuchmann, J., concurs.

KEEN et al., Appellants, v. JOHNSON, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Appeal from special term. Action by Charles B. Keen and another against Charles A. Johnson. From an order striking case from special term calendar, plaintiffs appeal. Affirmed. R. B. Moffatt, for appellants. E. T. Paul, for respondent.

. PER CURIAM. The order, so far as it directs that this cause should be stricken from the special term calendar, was proper. The action should be tried at a trial term of the court, where it properly belongs. So much of the order, therefore, as grants the motion to strike the cause from the special term calendar, with costs, should be affirmed. But the court below, having all the facts before it, should not have provided for a further application as to the mode of trial. So much of the order, therefore, as grants leave to either party to apply as he may be advised for an order directing the mode of trial of issues in the action, should be stricken out. No costs to either party of this appeal.

KELLY v. ERNEST. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by Sydenham Kelly against Caroline J. Ernest. No opinion. Motion dismissed. See 49 N. Y. Supp. 896.

KEMFF, Respondent, v. MARTIN et al., Appellants. (City Court of New York, General Term. May 20, 1898.) Action by George H. Kemff against George W. Martin and others. Henry B. Corey, for appellants. Julius Offenbach, for respondent.

PER CURIAM. Order appealed from affirmed, with costs.

KERBER, Respondent, v. NILES, Appellant. (Supreme Court, Appellate Term. February, 1898.) Action by Ferdinand Kerber against Nathaniel Niles. Henry T. Brennan, for appellant. Alfred & Charles Stecker, for respondent. No opinion. Judgment affirmed, with costs. See 48 N. Y. Supp. 444.

KITTINGER, Respondent, v. BUFFALO TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Joseph Kittinger against the Buffalo Traction Company, impleaded, etc. No opinion. Motion granted, and questions filed with the clerk. See 49 N. Y. Supp. 713.

KOCH, Respondent, v. NIES, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Karl Koch against Charles Nies. No opinion. Judgment and order affirmed, with costs.

KOENIG et al., Respondents, v. BLOOMGARTEN, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) Action by Edward Koenig and others against Henry Bloomgarten. No opinion. Order of the county court granting a new trial affirmed, with costs to abide the event. See 50 N. Y. Supp. 1129.

LYMAN, Respondent, v. COREY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Henry H. Lyman, as state commissioner of excise of the state of New York, against George C. Corey.

PER CURIAM. Order affirmed, with $10 costs and disbursements, without prejudice to a new motion to change the place of trial to any county. Held, that the moving affidavits are defective in that they fail to state the residence and address of the witnesses, also fail to state that the witnesses will testify to the facts alleged to be material to the defense. See Tuska v. Wood, 81 Hun, 79, 30 N. Y. Supp. 523; Hayes v. Garson, 25 App. Div. 116, 49 N. Y. Supp. 220; also, opinion of Green, J., in Lyman v. Gramercy Club (of this term) 50 N. Y. Supp. 1004.

LYNCH et al., Respondents, v. CARTER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by Alonzo K. Lynch and another against Emma J. Carter and others. J. G. De La Hare, for appellants. A. C. Coursen, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

McCARTHY, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Bridget McCarthy, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment affirmed, with costs.

McCLOSKEY, Appellant, v. NEW YORK & N. J. BRIDGE CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by Felix McCloskey against the New York & New Jersey Bridge Company. No opinion. Order reversed, with $10 costs and disbursements, and motion for preference granted, on the authority of Knox v. Dubroff, 17 App. Div. 290, 45 N. Y. Supp. 271, on the ground that the right to a preference under rule 36 does not depend upon the value of the property attached.

McCORD, Appellant, v. PRATT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Franklin D. McCord against Pratt & Lambert. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, without prejudice to a new motion on proper papers.

McINTYRE et al., Appellants, v. DAVID, Respondent. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by Thomas H. McIntyre and others against Theophilus David. W. H. Van Ben-